**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1100**
_____

In re:  JOVICA PETROVIC,

　　　　　　　Petitoner.

_____

On Petition for Writ of Mandamus.
(5:16-ct-03097-BO)

_____

Submitted:  March 14, 2017　　　　　Decided:  March 17, 2017

_____

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Jovica Petrovic, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovica Petrovic petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant Petrovic leave to proceed in forma pauperis and deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED